JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>SORDID PRODUCTIONS, LLC, a LOUISIANA limited liability company; and ONCE UPON A TIME FILMS, LTD., a California corporation,<br><br>Defendant. | NO. CV 10-07153 SJO (AJWx)<br><br>**DEFAULT JUDGMENT** |

    The matter is before the Court on Plaintiff American Federation of Television and Radio Artists, AFL-CIO's ("AFTRA") Motion for Default Judgment ("Motion") against Defendants SORDID PRODUCTIONS, LLC, a Louisiana limited liability company ("SORDID"), and ONCE UPON A TIME FILMS, LTD., a California corporation ("OUATF") (collectively, "Defendants"). After full consideration of all admissible evidence and documents submitted, the Court granted Plaintiff AFTRA's Motion.

1     IT IS THEREFORE ORDERED THAT JUDGMENT be entered in favor of Plaintiff AFTRA
2 and against Defendants SORDID and OUATF.  Defendants SORDID AND OUATF ARE HEREBY
3 ORDERED to submit the Demand/grievance to final and binding arbitration.
4     IT IS FURTHER ORDERED THAT Plaintiff is entitled to fees and costs against Defendants
5 SORDID and OUATF, jointly and severally.  Plaintiff shall file a motion for fees and a separate bill
6 of costs, pursuant to Local Rules 54-3 and 54-12, except that Plaintiff shall have 21 days from
7 entry of this Judgment to file the motion and bill of costs.  Any award of fees and costs granted
8 shall be considered *nunc pro tunc* part of this Judgment, and not a separate judgment.
9     IT IS SO ORDERED.

11 Dated: June 16, 2011.

*/s/ S. James Otero*

                    S. JAMES OTERO
                    UNITED STATES DISTRICT JUDGE